

IN THE UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DANIEL LOVETT                                                                                      PLAINTIFF

VS.                              CASE NO. 2014-CV-1045

LARRY HIGGINS AND
HIGGINS TRUCKING                                                                              DEFENDANTS

## COMPLAINT

Comes the Plaintiff, Daniel Lovett, by and through his attorney, David P. Price, and for his complaint against the Defendants, Larry Higgins and Higgins Trucking, now states:

1. This is an action for personal injuries that occurred in Columbia County, Arkansas, on August 19, 2011, arising out of a vehicular crash.

2. This Court has jurisdiction of the parties to and the subject matter of this action, pursuant to 28 U.S.C. §1332, as there is diversity of citizenship between the parties, and the amount in controversy is in excess of the minimum amount required for federal diversity of citizenship cases. Venue is proper herein.

3. Plaintiff Daniel Lovett, was at the time of the accident, a resident of Haughton, Louisiana. He continues to be a resident of the State of Louisiana.

4. Separate Defendant Larry Higgins, was at the time of the accident, a resident of Lafayette County, Arkansas. His address at the time of the accident was 268

Lafayette 126, Stamps, Arkansas 71860. It is believed that he continues to reside in Lafayette County, Arkansas.

4. Separate Defendant Higgins Trucking, is listed in the accident report that was prepared in this matter as the "carrier." Its address at the time of the accident was listed as 268 Lafayette 126, Stamps, Arkansas 71860, which is the same address of Larry Higgins. It is being named as a defendant in this matter out of an over-abundance of caution, as it is believed that Separate Defendant Larry Higgins was doing business as Higgins Trucking at the time of the accident.

5. On August 19, 2011, Plaintiff Daniel Lovett was working on the widening project on U.S. Hwy., 79 and was travelling north on U.S. Hwy., 79, operating a backhoe, in Columbia County, Arkansas. The backhoe that Mr. Lovett was operating was clearly marked with all appropriate reflective markings. Further, he was legally operating in a construction zone. While operating the backhoe in the construction zone, Mr. Lovett attempted to turn left, when Separate Defendant Larry Higgins, who was operating a tractor-trailer rig, attempted to illegally pass Mr. Lovett on a double yellow line in the construction zone, causing the right front of Higgins' vehicle to collide with the left side of the backhoe, thus causing a violent vehicular crash. Plaintiff was seriously injured in the accident.

6. It is believed that Separate Defendant Larry Higgins was doing business as Separate Defendant Higgins Trucking at the time of the accident. If so, his actions are imputed to Separate Defendant Higgins Trucking as a matter of law.

7. The aforementioned crash and subsequent injuries to Plaintiff are the direct and proximate result of negligence and acts of omissions of Defendants, including but not limited to the following:

    a) failing to keep the vehicle under proper control;

    b) failing to keep a proper lookout for other traffic;

    c) failing to drive in a safe and reasonable manner;

    d) driving the vehicle in a reckless and hazardous manner in violation of A.C.A. § 27-50-308;

    e) attempting to illegally pass a vehicle in a non-passing area;

    f) attempting to illegally pass a vehicle in a restricted area; and

    g) failing to act and drive as a reasonable and prudent person should under the circumstances.

8. As a direct and proximate result of the aforesaid negligence, Plaintiff should recover compensatory damages for the following:

    (a) he has sustained substantial personal injuries, some of which are possibly permanent in nature;

    (b) he has incurred and will continue to incur, expenses from medical care, treatment, and services;

    (c) he has and will continue to sustain pain and suffering and mental anguish; and

    (d) he has and will continue to incur consequential damages as a result of the accident.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, prays for a judgment jointly and severally against Defendants, for compensatory damages in a sum in excess of that required for federal jurisdictional purposes, for court costs, and all other proper relief that he may be entitled to as a matter of law.

Respectfully submitted,

Daniel Lovett, Plaintiff

BY: _____
David P. Price, ABN: 92121
Attorney for Plaintiff
P.O. Box 765
Magnolia, AR  71754-0765
870-234-4781